UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| ALEX M. SHELEFONTIUK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 08-2172 |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| sued as Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

# REPORT AND RECOMMENDATION

In December 2007, Administrative Law Judge (hereinafter "ALJ") E. James Gildea denied supplemental security income benefits to Plaintiff Alex Shelefontiuk. The ALJ based his decision on findings that although Plaintiff's severe impairments precluded him from performing his past relevant work, Plaintiff was able to perform the requirements of other jobs that exist in significant numbers in the economy.

In July 2008, Plaintiff filed a Complaint (#1) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Commissioner of the Social Security Administration denying benefits. In January 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#10), and in March 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#13).

After reviewing the record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment (#10) be granted. Consistent with the Court's reasoning in the Report and Recommendation granting motion (#10), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#13)** be **DENIED**.

ENTER this 21st day of August, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE