**E-FILED**
Wednesday, 09 September, 2009  03:02:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALEX M. SHELEFONTIUK, | ) | |
| | ) | |
| Plaintiff, | ) | 08-2172 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

      The plaintiff, Alex M. Shelefontiuk, suffers from back pain (that radiates from his hips through his legs), ankle pain and swelling, depression, blood pressure, and heart issues. He applied for social security disability benefits in February 2005. The Administrative Law Judge ("ALJ") denied benefits to Shelefontiuk, based on his findings that the plaintiff could perform certain light or sedentary work that exists in the national economy.

      Shelefontiuk filed a complaint against defendant Michael Astrue, Commissioner of Social Security, seeking judicial review of the ALJ's decision. Shelefontiuk filed a motion for summary judgment or remand, and the defendant filed a motion for an order which affirms the Commissioner's decision. Magistrate Judge David G. Bernthal issued two reports and recommendations, recommending that Shelefontiuk's motion for summary judgment or remand be granted and that the case be remanded to the ALJ, and that the defendant's motion for an order affirming the Commissioner's decision be denied.

      Thereafter, the defendant filed a timely objection to the reports and recommendations.

      The court has carefully reviewed Judge Bernthal's recommendations and the Commissioner' detailed argument of perceived errors by Judge Bernthal. After careful review, the court agrees with Judge Bernthal's well-reasoned report and recommendation.

      The recommendations of Judge Bernthal [14, 15] are accepted by the court. The plaintiff's motion for summary judgment or remand [10] is granted. The defendant's motion for an order which affirms the Commissioner's decision [13] is denied. This case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings consistent with the recommendation of Judge Bernthal. Remand pursuant to 42 U.S.C. § 405(g), sentence four, terminates the case. *Shalala v. Schaefer*, 509 U.S. 292, 299 (1993).

It is so ordered.

Entered this  9th  day of September, 2009.

                                **s/Harold A. Baker**
                          _____
                                HAROLD A. BAKER
                       UNITED STATES DISTRICT JUDGE