UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEX M. SHELEFONTIUK, | ) |
| | ) |
| Plaintiff, | ) |
| | )   08-2172 |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### ORDER APPROVING MAGISTRATE RECOMMENDATION

A recommendation was filed by the Magistrate Judge in the above cause on January 22, 2010. More than fourteen days have elapsed since the filing of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

The recommendation of the Magistrate Judge [#23] is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The court agrees with the Magistrate Judge that the plaintiff is entitled to an award of attorney fees and costs in the amount of $6,865.40. Accordingly, the court grants the application for attorney fees under the Equal Access to Justice Act [#19].

ENTERED this 16th day of February, 2010.

**s/Harold A. Baker**
_____
HAROLD A. BAKER
U.S. DISTRICT JUDGE